THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br>                    Plaintiffs, <br>    v. <br> ALASKA INDUSTRIAL LLC, an Alaska limited liability company, <br>                    Defendant. | NO.   C20-00473-MJP <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiffs, and Jeff Day, owner of Alaska Industrial LLC, hereby stipulate for entry of Judgment in the above-referenced action.

DATED this  _15th_  day of June, 2020.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.                ALASKA INDUSTRIAL LLC

s/Russell J. Reid                                   s/Jeff Day
Russell J. Reid, WSBA #2560                         Jeff Day, Owner
Attorney for Plaintiffs                             Defendant

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded Judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period April 2019:  for contributions of $9,445.32, for dues of $595.73, for liquidated damages of $1,154.57, for pre-judgment interest of $689.38, for attorneys' fees of $208.50 and for costs of $478.50, all for a total of $12,572.25, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

**JUDGMENT ENTERED** this 15th day of June, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Presented for entry by:

_s/Russell J. Reid_
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs